# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

**Date: 10/21/15**

**In re:  Case No.:  15–24542      Chapter:  13**

Traycee Cecilia Clemons
Debtor(s)

## NOTICE OF DEADLINE FOR FILING MISSING DOCUMENT

DOCUMENT:                          **Voluntary Petition**

PROBLEM:                           **The following pleadings are missing.**

CURE:                              **All of these pleadings must be filed by the date shown below.**

**Schedule A due 11/03/2015**
**Schedule B due 11/03/2015**
**Schedule C due 11/03/2015**
**Schedule D due 11/03/2015**
**Ch 13 Plan & Cert of Service due 11/03/2015**
**Schedule E due 11/03/2015**
**Ch 13 Income Form 22C–1 due 11/03/2015**
**Schedule G due 11/03/2015**
**Schedule H due 11/03/2015**
**Schedule I due 11/03/2015**
**Schedule J due 11/03/2015**
**Declaration for Schedules due 11/03/2015**

CONSEQUENCE:                       **If the problem is not cured by the date below,**
                                   **YOUR CASE WILL BE DISMISSED WITHOUT A HEARING.**

This notice is issued pursuant to: **11 U.S.C. § 521**
                                   **Federal Rule of Bankruptcy Procedure 1007**
                                   **Federal Rule of Bankruptcy Procedure 3015(b)**

**All deficiencies must be cured by 11/3/15.**

**Additional information for non–attorney filers is available at**
**http://www.mdb.uscourts.gov/content/no–attorney**

Mark A. Neal, Clerk of Court
by Deputy Clerk, Rhonda Brown  301–344–0407

cc:    Debtor(s)
       Attorney for Debtor(s) – PRO SE

Form ntcddl (03/05)